Fannie **TYLER** et al., Appellants,

v.

Wilbur W. **SEWELL**, Appellee.

No. 15247.

United States Court of Appeals
District of Columbia Circuit.

Argued Oct. 30, 1959.

Decided Nov. 5, 1959.

Mr. Richard R. Atkinson, Washington, D. C., for appellants.

Mr. William Beasley Harris, Washington, D. C., for appellee.

Before EDGERTON, BASTIAN and BURGER, Circuit Judges.

PER CURIAM.

Caveators appeal from a judgment in favor of the caveatee in a will case. We find no error or abuse of discretion.

Affirmed.